## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

**UNITED STATES OF AMERICA,**

        Plaintiff,

  **v.**                                                    **Case No. 06-CR-197**

**LEONARD A. BOCZKOWSKI and**
**LEA A. PETERSEN,**

        Defendants.

## ORDER

The defendants, Leonard A. Boczkowski and Lea Petersen, filed a motion to suppress the fruits of the searches conducted prior to their arrests. In addition, defendant, Lea Peterson, moved to dismiss the indictment on the grounds that a proffer agreement entered into with the co-defendant Boczkowski was breached. The Magistrate Judge denied all motions.

The Court has read the Recommendation, reviewed the record, and perused the parties' submissions and rules as follows.

**NOW, THEREFORE, BASED ON THE FOREGOING, IT IS HEREBY ORDERED THAT**:

The Magistrate Judge's Recommendation is adopted *in toto* by the Court and the defendants' motions are denied. The Court accepts the reasoning and authority offered by the Magistrate Judge and incorporates those into this decision denying defendants' motions.

Dated at Milwaukee, Wisconsin, this 9th day of February, 2007.

                                         **BY THE COURT:**

                                         **s/Rudolph T. Randa**
                                         **HON. RUDOLPH T. RANDA**
                                         **Chief Judge**