# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**UNITED STATES OF AMERICA,**

      Plaintiff,                                                   Case No. 06-CR-197

    v.

**LEONARD BOCZKOWSKI,**

      Defendant.

## PRELIMINARY ORDER OF FORFEITURE

Upon the motion of the United States of America pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure, and upon the entry of the plea agreement, and in consideration of the guilty plea of the above-named defendant to Counts One and Five of the Indictment, defendant Leonard Boczkowski agrees to the forfeiture of the properties named in the forfeiture provision of the Indictment filed on August 15, 2006, and the Bill of Particulars filed on September 8, 2006;

IT IS HEREBY ORDERED that the properties described below are hereby forfeited to the United States pursuant to Title 21, United States Code, Section 853:

1. Approximately $804.10 in United States currency seized from 5715 W. Burnham Street, Milwaukee, Wisconsin;

2. A black 2001 Cadillac Deville, Wisconsin license plate 164-HVG, VIN 1G6KD54Y91U287801; and

3. Approximately $2,533.16 in United States currency seized on or about April 6, 2006, from TCF Bank checking account number XXX-XXX-5514 held in the name of Leonard Boczkowski.

IT IS FURTHER ORDERED that the United States' forfeiture claim against the approximately $17,982.00 in United States currency seized on or about April 6, 2006, from North Shore Bank checking account number XXXX-1634 held in the name of Leonard Boczkowski, be dismissed.

IT IS FURTHER ORDERED that the above items shall be seized forthwith by the United States Marshal for the Eastern District of Wisconsin, or its duly authorized representative.

IT IS FURTHER ORDERED that pursuant to Title 21, United States Code, Section 853(n)(1) the United States shall publish notice of this order and of its intent to dispose of the properties according to law.

IT IS FURTHER ORDERED that this Order be incorporated by reference in his Judgment and Commitment Order.

Dated at Milwaukee, Wisconsin, this 9th day of August, 2007.

        s/ Rudolph T. Randa
        HON. RUDOLPH T. RANDA
        Chief Judge